**Opinion issued May 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00313-CV

———————————

## IN RE JOHN MORSE AND GLORIA J. MORSE, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, John Morse and Gloria J. Morse, filed a petition for writ of mandamus challenging the trial court's order granting a plea in abatement and ordering arbitration of the dispute in the underlying case.[*] We **deny** the petition.

---

[*]   The underlying case is *John Morse and Gloria J. Morse v. Infinity Classic Homes, L.L.C.*, cause number 2014-05994, pending in the 164th District Court of Harris County, Texas, the Honorable Alexandra Smoots-Hogan presiding.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.